UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE:                                    CHAPTER 13
                                         BANKRUPTCY NO.  11-01146S

MICHAEL D. LYONS,

                                         MOTION TO PAY 11 USC SECTION
                                         347(a) UNCLAIMED FUNDS INTO
             Debtor.                           COURT REGISTRY FUND PURSUANT
                                         TO FRBP 3011 LOCAL RULE 3011

       COMES NOW the Chapter 13 Trustee and states to the Court that the following payments are stale-dated.  The account of this estate reflects that the following amounts are still on deposit, representing additional funds received:

| Claim no. 3 | Midland Credit Mgmt<br>8875 Aero Drive, Ste 200<br>San Diego, CA  92123 | Check #244591<br>Amount $67.24<br>Issued 03/10/2014 |
|---|---|---|
| Claim no. 9 | Cavalry Portfolio Svcs LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY  10595 | Check #245213<br>Amount $56.60<br>Issued 4/3/2014 |

The Trustee has stopped payment on these checks.

       WHEREFORE, it is prayed the Court enter an Order that said sums shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code and the Clerk shall hold said sum under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said parties.

DATED:  August 20, 2014

                                                       /s/ Carol F. Dunbar
                                                       Carol F. Dunbar, #1682
                                                       Chapter 13 Trustee
                                                       531 Commercial Street, Suite 500
                                                       Waterloo, IA 50701
                                                       Telephone: (319) 233-6327
                                                       Fax:  (319) 233-0346